UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY H. MUEGGE,

        Plaintiff,

v.                                         Case No.  8:05-cv-354-T-24 MAP

HERITAGE OAKS GULF AND
COUNTRY CLUB, INC., ET AL.,

        Defendants.

_____/

## ORDER

This cause comes before the Court on Plaintiff's Re-submission of Motion for Default against Defendants Heritage Oaks Golf and Country Club, Heritage Oaks Club Homes III Association, and Argus Property Management, Inc.  (Doc. No. 39).  However, these defendants have filed an answer in this case (Doc. No. 27), and as such, Plaintiff is not entitled to entry of default against them.

Accordingly, it is ORDERED AND ADJUDGED that Plaintiff's Re-submission of Motion for Default (Doc. No. 39) is **DENIED.**

**DONE AND ORDERED** at Tampa, Florida, this 17th day of May, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff