UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY H. MUEGGE,

     Plaintiff,

v.                                                        Case No. 8:05-cv-354-T-24 MAP

HERITAGE OAKS GULF AND
COUNTRY CLUB, INC., ET AL.,

     Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion for Default and Default Judgment (Doc. No. 55) as to Defendants Kenneth William Gates, Robert E. Lee, and George Migneron. Plaintiff has attempted to serve these defendants via publication, presumably pursuant to Florida Statute § 49.011. However, service by publication is only available in certain proceedings, specifically, those set forth in § 49.011. Plaintiff's claims against these defendants arise from these defendants allegedly stealing her money and jewelry. As such, this is not a proceeding in which service by publication is available under § 49.011. Therefore, Plaintiff's Motion for Default and Default Judgment (Doc. No. 55) is denied. Furthermore, since Plaintiff has not served these defendants within 120 days of filing her complaint, the Court dismisses Plaintiff's claims against these defendants without prejudice.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)    Plaintiff's Motion for Default and Default Judgment (Doc. No. 55) is **DENIED**; and

(2)    Plaintiff's claims against Defendants Kenneth William Gates, Robert E. Lee, and

George Migneron are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** at Tampa, Florida, this 28th day of June, 2005.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff