UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY H. MUEGGE,

    Plaintiff,

v.                                                                                          CASE NO.: 8:05-CV-354-T-24MAP

HERITAGE OAKS GOLF AND COUNTRY
CLUB, INC., HERITAGE OAKS CLUB
HOMES III ASSOCIATION, INC., ARGUS
PROPERTY MANAGEMENT, INC.,
COTTON & MARTIN CUSTOM PAINTING, INC.,
TED A. MARTIN, ROBERT E. LEE,
MICHAEL L. LUNSMANN, KENNETH WILLIAM
GATES, GEORGE H. MIGNERON, SCOTT W.
McCORMACK and THOMAS A. HAACK,

    Defendants.
_____/

**ORDER**

    This cause came on for consideration upon Plaintiff's Motion for Order to Produce (doc. 57) and Defendants' responses thereto (docs. 60 and 61). Essentially, Plaintiff's motion is a motion to compel and it suffers several procedural defects. First, the motion does not comply with Local Rule 3.01(g) which requires a movant certify he or she has conferred with opposing counsel regarding the subject matter of the motion and the parties have been unable to agree on a resolution. Second, the motion does not comply with Local Rule 3.04(a) which requires a party filing a motion to compel to "quote in full each . . . request for production to which the motion is addressed" and "quote in full the objection and grounds therefor as stated by the opposing party, or the answer or response which is asserted to be insufficient." Third, the motion does not comply with Local Rule

3.01(a) which requires a moving party to provide the Court with a brief or legal memorandum in support of the motion.  Accordingly, it is hereby

ORDERED:

1. Plaintiff's Motion for Order to Produce (doc. 57) is DENIED without prejudice.

DONE AND ORDERED in chambers at Tampa, Florida on this 12th day of July, 2005.

*Mark A. Pizzo*
MARK A. PIZZO
UNITED STATES MAGISTRATE JUDGE

Copies to:   Plaintiff, pro se
             Counsel of Record