UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY H. MUEGGE,

    Plaintiff,

v.                                              Case No.  8:05-cv-354-T-24 MAP

HERITAGE OAKS GULF AND
COUNTRY CLUB, INC., ET AL.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Plaintiff's memorandum in support (Doc. No. 183) of her motion to vacate (Doc. No. 181) the Court's June 16, 2006 Order (Doc. No. 170) granting Defendants' motion for attorneys' fees and petition to declare Florida Statute § 768.79 (Florida's Offer of Judgment Statute) unconstitutional.  The Court previously denied the motion to vacate the award of attorneys' fees.  (Doc. No. 182).  To the extent that the instant memorandum can be construed as a motion to reconsider the order denying her motion to vacate the award of attorneys' fees, the Court denies the construed motion, because Plaintiff does not set forth a sufficient basis for this Court to reconsider its order awarding attorneys' fees that was entered over nine months ago.  As such, it is ORDERED AND ADJUDGED that the construed motion (Doc. No. 183) is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 3rd day of April, 2007.

*(signature)*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff