UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY H. MUEGGE,

    Plaintiff,

v.                                     Case No. 8:05-cv-354-T-24 MAP

HERITAGE OAKS GULF AND
COUNTRY CLUB, INC., ET AL.,

    Defendants.
_____/

## **ORDER**

This cause comes before the Court on Defendants Ted Martin and Cotton & Martin Custom Painting, Inc.'s Motion for an Award of Appellate Attorneys' Fees. (Doc. No. 177, 178). Plaintiff, proceeding pro se, has not filed a response in opposition, and as such, the Court considers the motion to be unopposed.

This Court granted summary judgment in favor of Defendants on Plaintiff's claims. (Doc. No. 151). Plaintiff appealed, and the Eleventh Circuit affirmed this Court's decision. (Doc. No. 179). Additionally, the Eleventh Circuit transferred consideration of Defendants' motion for attorneys' fees to this Court. (Doc. No. 176).

Defendants seek appellate attorneys' fees in the amount of $3,000 for twenty-four hours expended on the appeal[1] at a rate of $125 per hour. Defendants are entitled to appellate attorneys' fees, because: (1) the Court has already found that Defendants submitted offers of judgment that complied with Florida's Offer of Judgment Statute, Florida Statute § 768.79, and

---

[1] Defendants submitted an affidavit substantiating twenty-one hours of appellate work, and they estimate that three hours would be spent litigating appellate attorneys' fees.

Plaintiff did not show that the offers were not made in good faith (Doc. No. 170); and (2) section 768.79 applies to fees incurred on appeal.  See Motter Roofing, Inc. v. Leibowitz, 833 So. 2d 788, 788 (Fla. 3d DCA 2002)(citations omitted).  Furthermore, the Court finds that the hourly rate and hours expended were reasonable and appropriate.  As such, the Court awards Ted Martin and Cotton & Martin Custom Painting, Inc.'s defense counsel $3,000 for appellate attorneys' fees.

Accordingly, it is ORDERED AND ADJUDGED that Defendants Ted Martin and Cotton & Martin Custom Painting, Inc.'s Motion for an Award of Appellate Attorneys' Fees (Doc. No. 177) is **GRANTED**, and their counsel is awarded $3,000 for appellate attorneys' fees.

**DONE AND ORDERED** at Tampa, Florida, this 10th day of April, 2007.

*[signature: Susan C. Bucklew]*
SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff