UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY H. MUEGGE,

    Plaintiff,

v.                                                          Case No. 8:05-cv-354-T-24 MAP

HERITAGE OAKS GULF AND
COUNTRY CLUB, INC., ET AL.,

    Defendants.
_____/

## ORDER

    This cause comes before the Court on Plaintiff's filing of additional documents in support of prior motions. (Doc. No. 196). It appears that these documents are filed in support of her prior motions to reconsider (Doc. NO. 181, 183); however, the Court has already considered and ruled on those motions. (Doc. No. 182, 184). Plaintiff contends that some of these documents were supposed to be included with the prior motions, but she forgot to mail them, and some of the documents are included because the Court did not "answer" her prior memorandum. The Court has considered all of the motions filed in this case and has reconsidered many of them at Plaintiff's request. However, once the Court rules on a motion, it will not go back and reconsider its ruling because Plaintiff did not attach all of the documents that she wants considered.

    The Court has fully considered Plaintiff's claim that the judgment entered in this case in favor of Defendants should be set aside. However, as stated in all previous orders, the judgment in favor of Defendants, which has been appealed and affirmed, remains, and there is no basis for setting it aside. This case is closed, and it shall remain closed.

Accordingly, it is ORDERED AND ADJUDGED that the Clerk is directed to **STRIKE** (Doc. No. 196) Plaintiff's filing of additional documents in support of prior motions.

**DONE AND ORDERED** at Tampa, Florida, this 7th day of May, 2007.

SUSAN C. BUCKLEW
United States District Judge

Copies to:
Counsel of Record
Pro Se Plaintiff