UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MARY H. MUEGGE,

    Plaintiff,

v.                                                   Case No. 8:05-cv-354-T-24 MAP

HERITAGE OAKS GULF AND
COUNTRY CLUB, INC., ET AL.,

    Defendants.
_____/

## ORDER

This cause comes before the Court on Plaintiff's Motion to Set Aside Judgment. (Doc. No. 203). In this motion, Plaintiff, who is proceeding pro se and has always been without counsel in this case, requests that the Court set aside the judgment based on her allegation that "Max Warren Cook prepared the above cause and its Appeal in its entirety knowingly and willfully that his law license was PERMANENTLY DISBARED by the Supreme Court Displinary [sic] Commission–this is intentional deception and fraud." (Doc. No. 203, p. 1).

Max Warren Cook is not listed on the docket sheet as representing Plaintiff, and as such, Plaintiff's allegation regarding his disbarment is not a sufficient basis for setting aside the judgment in this case. Accordingly, the motion is **DENIED**.

**DONE AND ORDERED** at Tampa, Florida, this 21st day of November, 2007.

Copies to:
Counsel of Record
Pro Se Plaintiff

SUSAN C. BUCKLEW
United States District Judge